### Exhibit A to the Complaint

**Location:** Queens, NY  
**Total Works Infringed:** 41

**IP Address:** 108.29.217.25  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C63512EA2B5D6B4E62E0F43814D1676D789E1741<br>File Hash:<br>D219F09C93EBC3D250D1319C6BD07BC52ED63445770CD322839A1AC7F6DC0D97 | 05-18-2022<br>13:42:19 | Blacked Raw | 09-29-2018 | 11-01-2018 | PA0002143425 |
| 2 | Info Hash: 7F82B5FE34ED565A2E71131B6DD7AC8E219F3ECA<br>File Hash:<br>43F37A806765EC617FC4BADD18E0FBAC0898F68D118FC4125A1323966BA72E13 | 05-18-2022<br>13:28:46 | Blacked | 08-08-2018 | 09-01-2018 | PA0002119598 |
| 3 | Info Hash: 0DF51F6B291610F2ADCE5A7F5081ECC91831A82F<br>File Hash:<br>60CD2FF95A68BB7A0D3D6595F78672F4F4A61D1CF830F5BF4D24C1DE02B6F6DD | 05-09-2022<br>05:51:49 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 4 | Info Hash: 88A73AB29C9C90A264F22EE7F59A6066844D6EAD<br>File Hash:<br>49E37590E3475196F276692F993CBAD1A77E336E73CD79C444A7C590F6F2F3C4 | 05-09-2022<br>05:49:00 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 5 | Info Hash: 197FAB6A9620A7F6B392B44821137931507AAE96<br>File Hash:<br>0A8B96F277B75D496C7851915ABA06F7EA1E475D94633164EFE9FFFC951765E9 | 04-28-2022<br>05:19:52 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 6 | Info Hash: ABC0C195E2BBF84F587F37AF7EB8F746860EE8AB<br>File Hash:<br>D9789C10F5472D6DB4B2A8D9F8CD8E0A7C7087FA1FF2A83B2F39ADC6D3A0B691 | 04-19-2022<br>05:46:40 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 7 | Info Hash: 51185C8E96E19B9F1E7F47647B98DF3434B759E7<br>File Hash:<br>6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 04-19-2022<br>05:27:51 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 8 | Info Hash: 6A49A11B13EF590A40FF5301E0376A2FB277D641<br>File Hash:<br>C3C755A26B625D3D20995FCF8C88BEC28BDEC365CF0333DFC275F3EF8D7B50A7 | 04-16-2022<br>09:50:35 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 9 | Info Hash: D8055232131B06F6CAD0F7F397AD503726D9AB25<br>File Hash:<br>259BA2AC357EB495BD53CB93EB29BD820E4A75D4B655ECE57ABBF5DF17250B9C | 04-16-2022<br>05:26:44 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 10 | Info Hash: 55BDAEA1C28C1A3BC378C97ADE5046906662FF81<br>File Hash:<br>1E227D4D9738AB12C25BB9BFA47AE3792C315810ED7416C0B39BCE4542B98562 | 04-13-2022<br>06:08:45 | Blacked | 08-08-2017 | 08-18-2017 | PA0002077679 |
| 11 | Info Hash: 2D1253B6FDBBCE162C474BB02169F4B5C3F89CB6<br>File Hash:<br>18A1CB3DF4B4D2199B0CC6D1296113CD9410118340B8AF4582F80411811C328A | 04-13-2022<br>05:33:31 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E42BF152A4EC951796244F2341E76A53A0AD942E<br>File Hash:<br>6E3D8FF54A9CE05A4C59AADCE36D9C10EC594282AA18DFF0AB2E15FF655E4B17 | 04-13-2022 05:31:32 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 13 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash:<br>1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 04-13-2022 05:27:38 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 14 | Info Hash: 57D9853DD58BD4249527A78EFB20E58EB870B854<br>File Hash:<br>B5F2CC9857650373629E57B213F962494C69BC5EFDFA79C4B36E032E51A5FDA0 | 04-01-2022 17:16:25 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 15 | Info Hash: F41A9DC694FB25BE9D70FC9DF75AA6D83CB1FD25<br>File Hash:<br>326AFC24033C9C73B095F50F829B0E18CD036F81DA13AEF68408B78227C842C2 | 03-25-2022 16:32:09 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 16 | Info Hash: 6CD09C6DF48E775CE6F3840AD44D3CB6F7294C4D<br>File Hash:<br>E09CB18B2E8C7B589B5D3C963329DE0208C9050701523B308396470BBFB050F1 | 03-25-2022 16:26:38 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 17 | Info Hash: DC1B9D766C597FC946E85E423062ECC46695787E<br>File Hash:<br>895FF7540BCEB1F9575C65FB27EB7A51965318C099AA5DB7F661B49693CF72D1 | 03-13-2022 06:40:47 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 18 | Info Hash: 80D5295435C160AAE12FD8DB6776F7DCD8BBB97B<br>File Hash:<br>5D792D03FECCDDD176512590C38ECA48291621AD907FCBF128ED688270C526F4 | 03-13-2022 06:38:14 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 19 | Info Hash: 644EF1BBC297123508226CB622D546690BA22249<br>File Hash:<br>89E18C3051E0E4C52344EB58518B241F19BFC053B7D43CB37E70E9FD27FFE0E6 | 03-06-2022 05:54:57 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 20 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash:<br>38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-17-2022 15:23:31 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 21 | Info Hash: FED9CBC943CC50537BBD8267BD4FA4C4848363B1<br>File Hash:<br>ED1BA66718984D5855EF40B4782EFA7B40EB613381E9A271500EABD09DE1E77E | 02-02-2022 17:13:33 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 22 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash:<br>3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-02-2022 14:12:22 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 23 | Info Hash: CF68460DE9D9906097987EC8282AFEB65C3285B7<br>File Hash:<br>89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 02-02-2022 14:11:20 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E414F51C9CAEDAE13DFDFCD4D7B6E2BF537CCA2D<br>File Hash: B62557344D13584F864FA15DDC51FB2E8E9968E886A66700C9838788D145111D | 01-27-2022 15:19:06 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 25 | Info Hash: 4BA313390DE8B8F5CDDCE0F6D2132545ABC65A4B<br>File Hash: 09BA34BE40D90C07C69205C1C2FEF8AA41FB0DD3BE90FCAAEB0E25E4C034B90A | 01-27-2022 14:00:14 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 26 | Info Hash: 9DB4CA8457B6275527292B39B9894F50D6537A37<br>File Hash: C9CD4A15D94A746AC94196AEAAD553CFD5A7CF812213320D8F2B8E5F368DF9FB | 01-27-2022 13:56:46 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 27 | Info Hash: 9EC755E4DC558F5E4BDA99E027D6C2B5F088D102<br>File Hash: B981906384FB4F70D10B1D7E0AAAE33CB3BA8CAAECDFDBE527EE089B71CA8E80 | 01-23-2022 06:02:10 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 28 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516<br>File Hash: E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 01-13-2022 13:57:33 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 29 | Info Hash: 309694908CC3A893643658B5EFDFA14392D55538<br>File Hash: C3BD08977466811FAC5A111AA8EB16A0FC86124713260ABDFB471ACDFDAA30B7 | 01-13-2022 13:57:04 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 30 | Info Hash: 4E478C0D6C13D7F2E0DB6AE09D6260378FACC3C9<br>File Hash: F040BDD4A99C0DE4A6ED420EBABD975406DC2FC4B90A275D0DAA98BAC9A49012 | 01-13-2022 13:50:12 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 31 | Info Hash: CC60A20C605A540B07CE60B2BE1806121B0BA495<br>File Hash: D5BA24EA5531B610FBAD2D631589F77BA69A97CE0D76ACD258DF71450936AC8E | 12-26-2021 06:59:39 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 32 | Info Hash: DF720DA10491E1ED21C23B31DCD8367F24699991<br>File Hash: CBCC4C3F05D1D0BB1F303CE624FF170956641BA025A7BE9E7D2A98657C8B9AD7 | 12-26-2021 06:58:23 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 33 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 11-27-2021 18:25:25 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 34 | Info Hash: 8B2548496AD120D1FD096380F223C0C37D42B2B1<br>File Hash: 15378B1ED6FF670EAA1B7274A3B267545E367F430B33CC0B0AAD9F32DA30C7A7 | 11-27-2021 18:20:45 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 35 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 11-27-2021 18:17:19 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash:<br>F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 11-27-2021 18:14:43 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 37 | Info Hash: C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash:<br>D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 11-27-2021 18:13:43 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 38 | Info Hash: C91ABE1D9F937D2C6685B782CEB3DB5588A371F1<br>File Hash:<br>402974DCB5135AD3AA2827D46CF17940EA6F5FB77529875D432F9699594C46DC | 11-27-2021 18:05:11 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 39 | Info Hash: 257415A30658282F03E3611F79BE13DD41CCECDB<br>File Hash:<br>1E3F16BABF44C3D877F5F71615A2810D183D3C885C6EFD308D4D620D14B603ED | 11-22-2021 15:46:15 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 40 | Info Hash: 84D82A3233F73E28288117A6708C0F06532AE398<br>File Hash:<br>5AFFB2FE6F5F1995FBFA36338EE9E9EED7D9845F429CEE328F5D670EB900895F | 11-22-2021 15:27:00 | Blacked | 06-09-2018 | 07-14-2018 | PA0002130453 |
| 41 | Info Hash: 932B8A45D86348898B357249B339EB4B3B5376DA<br>File Hash:<br>DD652ADFFA1628CC76B6C2B75B5061AE70B321FB9DA3F08DE38766DEC47A9AF5 | 11-12-2021 17:14:28 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |